IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MIRIAM ANJIA OSORIO, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:16-cv-149 |
| ) | |
| v. ) | Judge David Stewart Cercone |
| ) | Magistrate Judge Lisa Pupo Lenihan |
| ROBERT PACKER GUTHRIE ) | |
| HOSPITAL, SALLY BENNETT and ) | ECF No. 15 |
| BONNIE ONOFRE, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

Plaintiff, Miriam Anjia Osorio, proceeding *pro se,* commenced this civil action by filing a Motion for Leave to Proceed In Forma Pauperis (ECF No. 1) on February 9, 2016. That motion was granted and the Clerk of Court filed the Complaint (ECF No. 3) on February 10, 2016. This case was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. §636(b)(1), and Local Rules of Court 72.C and 72.D.

The Magistrate Judge's Report and Recommendation (ECF No. 29), filed on July 22, 2016, recommended that the Motion to Dismiss Plaintiff's Complaint (ECF No. 15) filed by Defendants be granted and that Plaintiff's Complaint be dismissed with prejudice. Service was made on Plaintiff by First Class, U.S. Mail, at her address of record, and on all counsel of record via CM/ECF. The parties were informed that in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72.D.2 of the Local Rules of Court, that they had fourteen (14) days to file any objections. Plaintiff filed Objections to the Report and Recommendation on August 11,

2016 (ECF No. 30). Defendants filed a Response to the Objections on August 22, 2016 (ECF No. 31).

After review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections and Response thereto, the following Order is entered:

**AND NOW**, this 14 day of September, 2016,

**IT IS HEREBY ORDERED** that the Motion to Dismiss Plaintiff's Complaint filed by Defendants is **GRANTED** and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 29) of Magistrate Judge Lenihan, dated July 22, 2016, is adopted as the Opinion of the Court. The Clerk is accordingly directed to close this case.

David Stewart Cercone
United States District Judge

cc: Honorable Lisa Pupo Lenihan
United States Magistrate Judge

Miriam A. Osorio
6717 Wilson St.
West Mifflin, PA 15122
(*Via First Class Mail*)

Sarah E. Bouchard, Esquire
Mary Pat Stahler, Esquire
(*Via CM/ECF Electronic Mail*)